**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| PHILIP MCCONNELL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLIED DIGITAL CORPORATION, WESLEY CUMMINS, and DAVID RENCH,<br><br>Defendants. | **Case No.** 3:23-cv-01805-E<br><br><br>**NOTICE OF ERRATA** |

PLEASE TAKE NOTICE Plaintiff Philip McConnell ("Plaintiff") hereby provides this notice of errata regarding the complaint filed on August 12, 2023.  Due to an inadvertent clerical error, the schedule of transactions appended to Plaintiff's shareholder certification (Dkt No. 1-2) omitted certain of Plaintiff's purchases of Applied Digital Corporation securities during the class period.  Attached hereto as Exhibit A is Plaintiff's certification appending a corrected schedule of transactions.

Dated:  August 14, 2023

Respectfully submitted,

*/s/ Willie C. Briscoe*
Willie C. Briscoe
State Bar Number 24001788
**THE BRISCOE LAW FIRM, PLLC**
12700 Park Central Drive, Suite 520
Dallas, TX 75251
Telephone: 972-521-6868
Facsimile: 346-214-7463
wbriscoe@thebriscoelawfirm.com

POMERANTZ LLP
Jeremy A. Lieberman
(*pro hac vice* application forthcoming)
J. Alexander Hood II
(*pro hac vice* application forthcoming)

1

600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
ahood@pomlaw.com

*Attorneys for Plaintiff*

2