**Applied Digital Corporation (APLD)**                                                    **Philip McConnell**

### List of Purchases and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase | 6/6/2023 | 3 | $9.7290 |
| Purchase | 6/7/2023 | 97 | $9.7041 |
| Purchase | 6/23/2023 | 8 | $11.3700 |
| Purchase | 6/26/2023 | 100 | $8.3177 |
| Purchase | 6/27/2023 | 6 | $8.4950 |