**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| PHILIP MCCONNELL et al., | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:23-CV-01805-E |
| APPLIED DIGITAL CORPORATION et al., | § § § | |
| Defendants. | § § § § | |

## ORDER

Before the Court are three motions regarding appointment for lead plaintiff and approval of counsel. (ECF Nos. 9, 12, 14, 16). Thereafter, three of those motions have been withdrawn. (ECF Nos. 20, 21, 22). The Court previously granted the appointment of Mark Manion as lead plaintiff and approved corresponding counsel. (ECF No. 30) (granting (ECF No. 16). The Court DENIES as moot the other three motions regarding appointment for lead plaintiff and approval of counsel. (ECF Nos. 9, 12, 14).

**SO ORDERED.**

20th day of August, 2024.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE