**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| IN RE APPLIED DIGITAL CORPORATION SECURITIES LITIGATION | Civil Action No.<br><br>3:23-cv-1805-E-BW<br><br>CLASS ACTION |

**ORDER ON UNOPPOSED MOTION FOR LEAVE TO**
**EXEED WORD LIMIT IN MOTION TO DISMISS BRIEFING**

Before this Court is Plaintiff's Unopposed Motion for Leave to Exceed Word Limit for Brief in Opposition to Motion to Dismiss (the "Motion") (ECF No. 39). The Court has reviewed and considered the Motion and concludes that Plaintiff has shown good cause to exceed this Court's word limitation for his brief in opposition to Defendants' motion to dismiss. Therefore, the Court hereby **GRANTS** the Motion as follows: the Court's word limitation for Plaintiff's brief in opposition to Defendant's motion to dismiss is 10,000 words. (ECF No. 39).

**SO ORDERED** on this 19th day of November, 2024.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE