# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| PHILIP MCCONNELL et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:23-CV-01805-E |
| APPLIED DIGITAL CORPORATION et al., | § § § | |
| Defendants. | § § § § | |

## ORDER

Before the Court is Defendants' Motion to Dismiss, which seeks dismissal of all of Plaintiffs' claims. (ECF No. 36). The Court determines it is in the interest of judicial efficiency to stay and close this case, pending resolution of the Motion to Dismiss. (ECF No. 36). Therefore, the Court STAYS and ADMINISTRATIVELY CLOSES this proceeding as follows:

**IT IS ORDERED THAT:**

1. **The Court instructs the Clerk of the Court to STAY and ADMINISTRATIVELY CLOSE this proceeding.**

2. The Parties may make further filings in this case only with express leave of court.

3. The Court reserves reopening the case to set a hearing for oral argument, as necessary. The Court reserves its right to set further pretrial deadlines after adjudication of the dispositive motion, as necessary. **The Court DENIES Defendants' motion seeking oral argument on their Motion to Dismiss, (ECF No. 45), without prejudice.**

4. This is not a final judgment.

   **SO ORDERED this 8th day of September, 2025.**

                                                                                       _____
                                                                                       ADA BROWN
                                                                                       UNITED STATES DISTRICT JUDGE